FORM 8. Entry of Appearance

Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jones, et al.      v.      United States

No. 15-5148

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☒ As counsel for: Debra Jones, Arden C. Post, and the Ute Indian Tribe
                                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Matthew J. Kelly |
| Law Firm: | Fredericks Peebles & Morgan LLP |
| Address: | 401 9th St., N.W., Suite 700 |
| City, State and Zip: | Washington, D.C. 20004 |
| Telephone: | (202) 450-4887 |
| Fax #: | (202) 450-5106 |
| E-mail address: | mkelly@ndnlaw.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/12

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 24, 2015      Signature of pro se or counsel   /s/ Matthew J. Kelly

cc:    U.S. Court Federal Claims

Reset Fields

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  September 24, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Matthew J. Kelly | /s/ Matthew J. Kelly |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Fredericks Peebles & Morgan LLP |
| Address | 401 9th St., N.W., Suite 700 |
| City, State, Zip | Washington, D.C.  20004 |
| Telephone Number | (202) 450-4887 |
| Fax Number | (202) 450-5106 |
| E-Mail Address | mkelly@ndnlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields