FORM 9. Certificate of Interest

Form 9

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jones, et al.  v.  United States

Case No. 15-5148

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Debra Jones
Arden C. Post
Ute Indian Tribe, Uintah & Ouray Reservation

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Please see attached.

| | |
|---|---|
| September 24, 2015 | /s/ Matthew J. Kelly |
| Date | Signature of counsel |

Please Note: All questions must be answered

Matthew J. Kelly
Printed name of counsel

cc: U.S. Court Federal Claims

Reset Fields

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Frances C. Bassett
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, Colorado  80027

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on September 24, 2015 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Matthew J. Kelly | /s/ Matthew J. Kelly |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Fredericks Peebles & Morgan LLP |
| Address | 401 9th St., N.W., Suite 700 |
| City, State, Zip | Washington, D.C. 20004 |
| Telephone Number | (202) 450-4887 |
| Fax Number | (202) 450-5106 |
| E-Mail Address | mkelly@ndnlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

[ Reset Fields ]