**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Jones, et al.     v.     United States

No. 15-5148

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Debra Jones, Arden C. Post, and the Ute Indian Tribe
                                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Frances C. Bassett
Law Firm: Fredericks Peebles & Morgan LLP
Address: 1900 Plaza Drive
City, State and Zip: Louisville, Colorado 80027
Telephone: (303) 673-9600
Fax #: (303) 673-9155/9839
E-mail address: fbassett@ndnlaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  October 9, 2015          Signature of pro se or counsel  /s/ Frances C. Bassett

cc:  U.S. Court Federal Claims

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  October 9, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Frances C. Bassett | /s/ Frances C. Bassett |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Fredericks Peebles & Morgan LLP |
| Address | 1900 Plaza Drive |
| City, State, Zip | Louisville, Colorado 80027 |
| Telephone Number | (303) 673-9600 |
| Fax Number | (303) 673-9155/9839 |
| E-Mail Address | fbassett@ndnlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields